Opinion filed February 1, 1935.
Fisher, Boyden, Bell, Boyd & Marshall, for appellant; David A. Watts and William F. Kenney, of counsel. Backer, Sewell & Rice, for appellees; Walter L. Backer and William J. Pretschold, of counsel.
Mr. Justice Scanlan delivered the opinion of the court.


Mandel H. Harris, appellant, v. Mark Jampolis et al., appellees. Gen. No. 37,614.

Opinion filed February 1, 1935.
Aaron Soble, for appellant. I. E. Segal, for appellees.
Mr. Justice Scanlan delivered the opinion of the court.


Jean S. Geary, appellee, v. The National Tea Company, appellant. Gen. No. 37,627.

Opinion filed February 1, 1935. Rehearing denied February 13, 1935.
Kelly, Pratt & Zeiss, for appellant; Will A. Kelly, of counsel. Hart & Shomberg, for appellee; Victor P. Frank, of counsel.
Mr. Justice Scanlan delivered the opinion of the court.


Robert C. Hooper, appellee, v. Scottish Union and National Insurance Company, appellant. Gen. No. 37,676.

Opinion filed February 1, 1935.
Hicks & Folonie, for appellant. Edwin Hamilton, for appellee.
Mr. Justice Scanlan delivered the opinion of the court.


The People of the State of Illinois, defendant in error, v. Abe Poncher, plaintiff in error. Gen. No. 37,717.

Opinion filed February 1, 1935.
Louis Greenberg and Martin S. Gerber, for plaintiff in error. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, Henry E. Seyfarth and John T. Gallagher, Assistant State's Attorneys, of counsel.
Mr. Justice Scanlan delivered the opinion of the court.